PETER S. DOODY, ESQ. (Bar No. 127653)
doody@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
WHIRLPOOL CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERITPLAN INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION and DOES 1-50,<br><br>　　　　　　　Defendant. | CASE NO. '15CV0404 BAS JLB<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.<br><br>**CASE FILED: 1-14-2015** |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant WHIRLPOOL CORPORATION (collectively "Defendants") hereby remove this action from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California. Removal is made pursuant to 28 U.S.C. sections 1332 and 1441.

## NOTICE OF REMOVAL

NOW COMES Defendant Whirlpool Corporation ("Whirlpool"), by and through its attorneys, Higgs, Fletcher & Mack, and hereby respectfully files the Notice of Removal of this action to the United States District Court for the

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

077777-00179
3210866.1

Case No.

Southern District of California, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and in support states:

1. On January 14, 2015, Plaintiff filed their Complaint captioned *Meritplan Insurance Company v. Whirlpool Corporation Does 1 to 50,* Case No. 37-2015-00001322-CU-NP-CTL in the Superior Court of California, County of San Diego, State of California. (A copy of the documents served on Whirlpool is attached as **Exhibit A**.)

2. The original Complaint named Whirlpool Corporation as a defendant. (See **Exhibit A, Complaint.**)

3. According to the Complaint, Plaintiff Meritplan Insurance Company is a corporation qualified to do business in California. (See **Exhibit A, Complaint,** ¶3.)

4. At the time of both the filing of Plaintiff's Complaint and this Notice of Removal, Defendant Whirlpool was a Delaware corporation with its principal place of business located at 2000 M-63, Benton Harbor, Michigan. Thus, for jurisdictional purposes, Defendant Whirlpool is a citizen of both Delaware, its state of incorporation, and Michigan, where its principal place of business is located.

5. Plaintiff is demanding an amount in controversy, exclusive of interests and costs, in excess of the jurisdictional minimum set forth in 28 U.S.C. § 1332(a). (See **Exhibit A, Complaint,** ¶20 "Plaintiff states they suffered damages in excess of $171,365.00.")

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

077777-00179
3210866.1

2

Case No.

6. This Notice of Removal ("Notice") is premised upon this Court's diversity jurisdiction under 28 U.S.C. § 1332(a).

7. This Notice is procedurally proper because Defendant Whirlpool timely filed this notice within 30 days of receiving Plaintiff's Complaint, see 28 U.S.C. § 1446(b); complete diversity exists under 28 U.S.C. § 1332(a) as Plaintiff and Defendant Whirlpool are citizens of different states, California, Delaware, and Michigan; and the amount in controversy exceeds $75,000, exclusive of interest and costs, under 28 U.S.C. § 1332(b) based upon Plaintiff's Complaint claiming damages in excess of $171,365.00. (**Exhibit A, Complaint, ¶20.**)

8. Defendant Whirlpool is providing Plaintiff with written notification of the Notice and is concurrently filing a copy with the Superior Court, County of San Diego, State of California (see **Exhibit B**), pursuant to 28 U.S.C. § 1446(a) and (d).

9. Under 28 U.S.C. § 1441, a defendant may remove the action to the district court of the United States for the district and division embracing the place where the action is pending. Plaintiff filed its Complaint in San Diego County, California and thus this case is removable to the United States District Court for the Southern District of California.

///

///

///

///

WHEREFORE, Defendant Whirlpool Corporation hereby removes this action from Superior Court, County of San Diego, State of California, Case No. 37-2015-00001322-CU-NP-CTL, to the United States District Court for the Southern District of California.

DATED: February 23, 2015          HIGGS FLETCHER & MACK LLP

By:/S/ PETER S. DOODY
PETER S. DOODY, ESQ.
Attorneys for Defendant
WHIRLPOOL CORPORATION

| | |
|---|---|
| 1 | PETER S. DOODY, ESQ. (Bar No. 127653) |
| | doody@higgslaw.com |
| 2 | HIGGS FLETCHER & MACK LLP |
| | 401 West "A" Street, Suite 2600 |
| 3 | San Diego, CA 92101-7913 |
| | TEL: 619.236.1551 |
| 4 | FAX: 619.696.1410 |
| 5 | Attorneys for Defendant |
| | WHIRLPOOL CORPORATION |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERITPLAN INSURANCE COMPANY, | CASE NO. |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| WHIRLPOOL CORPORATION and DOES 1-50, | |
| Defendant. | |

I, Dawn M. Richardson, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. On February 23, 2015, I served the within documents, with all exhibits (if any):

**1. Notice of Removal;**

**2. Civil Cover Sheet;**

**3. Jury Demand;**

**4. Notice of Interested Party; and**

**5. Declaration of Peter S. Doody in Support of Notice of Removal.**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

077777-00179
3211467.1

Case No.

| | | |
|---|---|---|
| 1 | ☒ | BY ELECTRONIC FILING: I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, on February 23, 2015, the following CM/ECF users were served: |

| | |
|---|---|
| **Leslie A. Hulburt, Esq.**<br>**COZEN O'CONNOR**<br>**501 West Broadway**<br>**Suite 1610**<br>**San Diego, CA   92101** | Attorneys for Plaintiffs<br>MERITPLAN INSURANCE COMPANY<br><br>E-mail:  lhulburt@cozen.com<br><br>Telephone:  (619) 234-1700<br>Facsimile:  (619) 234-7831 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 23, 2015, at San Diego, California.

_____
DAWN M. RICHARDSON

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

077777-00179
3211467.1

2

Case No.